UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURE TRUCKING, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>              Defendant. | Case No. 1:23-cv-15392<br><br>Judge Sara L. Ellis<br>Magistrate Judge Beth W. Jantz |

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, SECURE TRUCKING, INC. ("Plaintiff"), by and through its attorneys, Lavelle Law, Ltd., and for its First Amended Complaint against Defendant, BANK OF AMERICA, N.A. ("Defendant"), states as follows:

**PARTIES**

1.     Plaintiff is an Illinois corporation doing business in the State of Illinois with its principal offices located in Cook County, Illinois.

2.     Defendant is a corporation doing business nationwide with its principal offices located in Charlotte, North Carolina.

**JURISDICTION AND VENUE**

3.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of parties and the amount in controversy exceeds $75,000.00.

4. Venue in this Court is appropriate pursuant to 28 U.S.C. § 1391 as the Northern District of Illinois is the judicial district in which a substantial part of the events giving rise to the claim occurred.

**FACTS**

5. On or around August 4, 2022, Plaintiff and Defendant entered into a Deposit Agreement wherein Plaintiff would open a bank account with Defendant (the "Agreement").

6. A true and correct copy of the Agreement is attached hereto and incorporated herein as **Exhibit A**.

7. Following the Agreement, Plaintiff possessed and operated a business checking account held with Defendant ending in *5782 (the "5782 Account").

8. On May 17, 2023, Plaintiff received a correspondence from Defendant informing them that Defendant would be closing the 5782 Account and that Defendant's decision to close the account was final.

9. A true and correct copy of the May 17, 2023 correspondence is attached hereto and incorporated herein as **Exhibit B**.

10. The May 17, 2023 correspondence further informed Plaintiff that access to the 5782 Account may be restricted, access to online banking services was no longer available, and any money remaining in the 5782 Account would be returned to Plaintiff via check. *See* **Exhibit B**.

11. The May 17, 2023 correspondence did not provide a reason for why the 5782 Account was being closed. Despite numerous attempts to receive clarification, Defendant has not provided any explanation for doing so.

12. At the time of its closing, the 5782 Account contained $499,940.99.

13. A true and correct copy of the final bank statement for the 5782 Account is attached hereto and incorporated herein as **Exhibit C**.

14. As of the date of filing, Plaintiff has not received the funds held in the 5782 Account.

15. Plaintiff has contacted Defendant on several occasions to determine when the funds held in the 5782 Account will be returned, but Defendant has failed to provide an answer.

16. Defendant has thus withheld funds owed to Plaintiff for over three months while failing to provide an explanation for why these funds are being withheld and when Plaintiff can expect to receive them.

17. Plaintiff has faced significant hardship stemming from Defendant's failure to return the funds held in the 5782 Account.

## COUNT I

## BREACH OF CONTRACT

18. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 17 of this Complaint.

19. The Agreement is a valid and enforceable contract.

20. Plaintiff has performed all material obligations under the Agreement.

21. Defendant has materially breached the Agreement by failing to return the funds held in the 5782 Account which belong to Plaintiff.

22. Plaintiff has been injured by Defendant's failure to return the funds held in the 5782 Account.

WHEREFORE, the Plaintiff, SECURE TRUCKING, INC., prays for judgment in its favor and against Defendant, BANK OF AMERICA, N.A., on Count I for:

A. Damages in excess of $500,000.00;

B. Award statutory prejudgment interest;

C. Award to Plaintiff its attorney's fees and costs of suit; and

D. Grant such further relief as may be fair and just in the premises.

    Respectfully Submitted,

    Secured Trucking, Inc.

    /s/ Matthew J. Sheahin
    By: One of Its Attorneys

Matthew J. Sheahin
ARDC #: 6243872
**Lavelle Law, Ltd.**
141 W. Jackson Blvd., Suite 2800
Chicago, IL 60604
Phone: 312-332-2855
Email: msheahin@lavellelaw.com
S:\17251-17500\17380\Pleadings\9.6.23 Complaint.docx